# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　　　　　　　　　Plaintiff,<br>v.<br><br>TRI-BRIDGE VENTURES, LLC<br>And JOHN FRANCIS FORSYTHE, III,<br>　　　　　　　　　　Defendants | Case No.: 3:24-cv-05711- ZNQ-RLS<br><br>ORDER OF DISMISSAL |

THIS MATTER having been brought before the Court by Plaintiff Securities and Exchange Commission ("Plaintiff"), and Defendants, John Francis Forsythe, III and Tri-Bridge Ventures LLC ("Defendants"), jointly seeking an Order dismissing all claims between Plaintiff and Defendants, and the Court having considered the papers in support thereof:

IT IS on this 23rd day of May 2025,

ORDERED that all claims between Plaintiff and Defendants be and are hereby dismissed with prejudice.

_____
Hon. Zahid N. Quraishi, U.S.D.J.